UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC.,
MORTGAGE ASSET-BACKED PASS-
THROUGH CERTIFICATES SERIES
2004-QS16,

                           **Plaintiffs,**

                       v.                                 Civil No.6:15-cv-00856-AA

MARK A. GENOVESE; MCKENZIE-
WILLAMETTE MEDICAL CENTER;
STATE OF OREGON DEPARTMENT OF
REVENUE; AND PERSONS OR PARTIES
UNKNOWN CLAIMING ANY RIGHT, TITLE,
LIEN, OR INTEREST IN THE PROPERTY
DESCRIBED IN THE COMPLAINT HEREIN,
                                      **Defendants.**

## JUDGMENT

This action is remanded to the Lane County Circuit Court of the State of Oregon.

Dated: June 9, 2015

                                        */s/ Ann Aiken*

                                        **Ann Aiken**
                                **United States District Judge**